IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID O. PAYET,

      Appellant,

v.                        Case No. 5D22-3013
                             LT Case Nos. 2018-CF-036781
                                       2018-CF-036581
                                       2018-CF-029819

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 11, 2023

3.850 Appeal from the Circuit Court
for Brevard County,
Tesha Scolaro Ballou, Judge.

David O. Payet, Cocoa, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, JAY and KILBANE, JJ., concur.